AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

FILED
Charlotte
Dec 08 2023
U.S. District Court
Western District of N.C.

## Return

| Case No.: | Date and time warrant executed: 9/20/23 2:49 pm | Copy of warrant and inventory left with: NA |
|---|---|---|

Inventory made in the presence of: NA - Phone already in ~~FBI US~~ Evidence

Inventory of the property taken and name of any person(s) seized:

Cell phone was seized from defendant on arrest date 8/29/23. SW for phone signed on 9/8/23 ~~9/5/23~~. SA Jenkins requested device download on 9/11/23 with the other cell + laptop seized during the search.

Download of all 3 devices received on 11/29/23.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/5/23

Executing officer's signature

Barton Jenkins, Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

In the Matter of the Search of

BLACK SAMSUNG CELLULAR PHONE SEIZED
FROM BRETT ROTELLA

)
)
)
)
)
)

Case No. 3:23-mj-00312

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __North Carolina__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before __9/20/2023__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Susan C. Rodriguez or Hon. David C. Keesler__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Signed: September 8, 2023

*[signature]*
Susan C. Rodriguez
United States Magistrate Judge

Date and time issued: 9/8/2023 2:49 PM

City and state:    Charlotte, North Carolina      Susan C. Rodriguez, U.S. Magistrate Judge
*Printed name and title*